UNITED STATES, Appellee

v

ANDREW A. SANDOVAL, Specialist Four, U. S. Army, Appellant

19 USCMA 281, 41 CMR 281

No. 22,494

March 6, 1970

Colonel Daniel T. Ghent, Captain Karl J. Uebel, and Captain Ira J. Dembrow were on the pleadings for Appellant, Accused.

Colonel David T. Bryant, Major Edwin P. Wasinger, and Captain Edwin L. Gage were on the pleadings for Appellee, United States.

Opinion of the Court

DARDEN, Judge:

This is another in the series of cases in which written advice on voting instructions was substituted for oral instructions. Because it is indistinguishable from its predecessors, we here, as in those cases, reverse the decision of the Court of Military Review. United States v Pryor, 19 USCMA 279, 41 CMR 279 (1970).

The record of trial is returned to the Judge Advocate General of the Army. A rehearing on the sentence may be ordered.

Judge FERGUSON concurs.

QUINN, Chief Judge (dissenting):

For the reasons set out in my dissent in United States v Pryor, 19 USCMA 279, 41 CMR 279 (1970), I would affirm the decision of the Court of Military Review.